**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AUGUSTUS MCCRAY,

                                                                         CASE NO.:  3:17-cv-00655-BJD-MCR

      Plaintiff,

      v.

DIVERSIFIED CONSULTANTS, INC.,

      Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_     IS        related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

               _____
               _____
               _____

 X      IS NOT    related to any pending or closed civil or criminal case filed with this Court; or any other Federal or State court, or administrative agency.

               _____
               _____
               _____

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

DATED this 6th day of July, 2017.

Respectfully submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2472
Facsimile: (866) 466-3140
mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendants,*
*Diversified Consultants, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of July 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Frank H. Kerney III, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
fkerney@forthepeople.com
jkneeland@forthepeople.com
cfallara@forthepeople.com

*/s/ Michael P. Schuette*
Attorney

2